HAUENSTEIN, Appellant, v. McDER-MOTT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by Alfred G. Hauenstein against Frank P. McDermott and others. No opinion. Order affirmed, with $10 costs and disbursements.

HAVERLY CO. v. NANKEVILLE. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by the Haverly Company against William E. Nankeville. No opinion. Motion denied, with $10 costs.

In re HAWLEY'S WILL. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) In the matter of the application for the revocation of the probate of the codicil to the last will and testament of Truman Hawley, deceased.

PER CURIAM. Decree of Surrogate's Court (89 N. Y. Supp. 803) affirmed, with costs.

WILLIAMS, J., dissents.

HEALY et al., Respondents, v. PADDOCK, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Fred A. Healy and another against Oscar M. Paddock. No opinion. Judgment affirmed, with costs.

HEASTY v. LAMBERT. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Anna J. Heasty against Frank Lambert. No opinion. Motion for reargument denied, without costs.

HECKLA IRON WORKS, Respondent, v. CORN, Appellant (three cases). (Supreme Court, Appellate Division, First Department. January 6, 1905.) Actions by the Heckla Iron Works against Henry Corn. G. Hahn, for appellant. J. J. Kuhn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HEFFERN, Appellant, v. HOLLY MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by James Heffern against the Holly Manufacturing Company.

PER CURIAM. Upon consent of appellant's counsel in open court, motion to dismiss appeal granted, with $10 costs, unless the appellant, within 40 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, and pay $10 costs of this motion, in which event the motion is denied, without costs.

HEIM, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Henry Heim, as administrator, etc., of Elizabeth Heim, deceased, against the Union Railway Company of New York City.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

HEUGHES et al., Appellants, v. BARHITE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Joseph Heughes and another against John A. Barhite. No opinion. Order affirmed, with $10 costs and disbursements.

HEYWARD et al., Appellants, v. MAYNARD, Respondent. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Frank D. Heyward and Georgie Anna MacDonald against Reuben L. Maynard.

PER CURIAM. Order modified on argument, and, as modified, affirmed, without costs, by substituting the following in place of the paragraph at folio 86 of the printed case, namely: "Ordered, that this case be, and the same hereby is, remitted to Hon. George G. Reynolds as referee, and that said referee include in his report such additional findings of fact and conclusions of law as he may hereafter make at the request of either party, and that said referee make a specific ruling upon each finding of fact and conclusion of law hereafter proposed by either party herein, and file the same with his report herein."

HODGE, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Jane Hodge against the Metropolitan Street Railroad Company. J. P. Cotton, for appellant. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

HOFFMAN, Appellant, v. NATIONAL ENAMELING & STAMPING CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by David Hoffman against the National Enameling & Stamping Company.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, P. J., and HOOKER, J., dissent.

HOGAN, Appellant, v. TRIP TO THE MOON, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by John Hogan against the Trip to the Moon. No opinion. Judgment and order affirmed, with costs.